UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FOFIE,<br><br>                               Petitioner,<br><br>v.<br><br>Warden, Otay Mesa Detention Center,<br><br>                               Respondent. | Case No.:  26-CV-1900 JLS (MSB)<br><br>**ORDER REQUIRING STATUS REPORT OR AMENDED PETITION**<br><br>(ECF No. 2) |

Presently before the Court is Petitioner Eric Fofie's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  On March 27, 2026, the Court referred the Petition to Federal Defenders for evaluation regarding appointment of counsel.  ECF No. 2 at 1.  The Court requested that Federal Defenders file a status report or an amended petition by April 14, 2026.  *Id.*  Federal Defenders has yet to file a status report or amended petition.  *See generally* Docket.  Therefore, the Court **ORDERS** that Federal Defenders file a status report or amended petition by April 27, 2026.

**IT IS SO ORDERED.**

Dated:  April 21, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-1900 JLS (MSB)